**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7006**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

ANTHONY L. OLVIS, a/k/a Tony,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Robert G. Doumar, Senior
District Judge.  (4:95-cr-00038-RGD-1)

Submitted:  November 2, 2012        Decided:  November 7, 2012

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony L. Olvis, Appellant Pro Se.  Robert Edward Bradenham,
II, Assistant United States Attorney, Newport News, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony L. Olvis appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence pursuant to Amendment 750 to the U.S. Sentencing Guidelines Manual (2011). We have reviewed the record and conclude that the district court properly determined that Olvis was not eligible for a sentence reduction because Amendment 750 did not lower his Guidelines range. To the extent that Olvis reasserts the arguments he raised in the district court regarding the calculation of the drug quantity attributable to him, those arguments are foreclosed by Dillon v. United States, 130 S. Ct. 2683, 2693-94 (2010). Accordingly, we affirm for the reasons stated by the district court. See United States v. Olvis, No. 4:95-cr-00038-RGD-1 (E.D. Va. filed May 9, 2012 & entered May 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2